1  **Jeremy Branch – Bar #303240**
2  The Law Offices of Jeffrey Lohman, P.C.
   4740 Green River Road, Suite 310,
3  Corona, CA 92880
   Tel. (866) 329-9217 ext. 1009
4  Fax: (657) 246-1312
   Email: jeremyb@jlohman.com
5

6
                  **UNITED STATES DISTRICT COURT**
7                 **NORTHERN DISTRICT OF CALIFORNIA**
8

9  ERIC CARTER,                          )
                                         ) Case No.: 4:19-cv-00966
10         Plaintiffs,                   )
                                         )
11     v.                                ) Judge Saundra B. Armstrong
                                         )
12                                       )
                                         )
13 CHASE BANK USA, N.A.,                 )
                                         )
14         Defendant.                    )
                                         )
15

16
                          **NOTICE OF SETTLEMENT**
17
         Plaintiff ERIC CARTER notifies this Court that Plaintiff and Defendant CHASE BANK
18
   USA, N.A., have resolved all claims between them in this matter and are in the process of
19
   completing the final settlement documents and filing the appropriate dismissal pleadings. The
20
   parties request that the Court retain jurisdiction for sixty (60) days for any matters related to
21
   completing and/or enforcing the settlement and stay all remaining discovery deadlines.
22
         Respectfully submitted the 10th day of May 2019.
23

24
                                                     By: */s/ Jeremy Branch*
25
                                          - 1 -

1
2
3
4

Jeremy Branch – Bar #303240
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310,
Corona, CA 92880
Tel. (866) 329-9217 ext. 1009
Fax: (657) 246-1312
Email: jeremyb@jlohman.com
Attorney for Plaintiff, ERIC CARTER

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

NOTICE OF SETTLEMENT

# CERTIFICATE OF SERVICE

I certify that on May 10, 2019 I filed Plaintiff ERIC CARTER's Notice of Settlement using the CM/ECF system, which will provide notice to the following:

Arjun P. Rao (State Bar No. 265347)
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: lacalendar@stroock.com
ATTORNEY TO BE NOTICED

Adam P. Snyder (State Bar No. 312160)
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: lacalendar@stroock.com
ATTORNEY TO BE NOTICED

By: */s/ Jeremy Branch*
Jeremy Branch – Bar #303240
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310,
Corona, CA 92880
Tel. (866) 329-9217 ext. 1009
Fax: (657) 246-1312
Email: jeremyb@jlohman.com
Attorney for Plaintiff, ERIC CARTER

NOTICE OF SETTLEMENT