UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CARTER,<br><br>        Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A.,<br><br>        Defendants. | Case No: 4:19-CV-00966-SBA<br><br>**ORDER RE: NOTICE OF SETTLEMENT** |

Plaintiff, Eric Carter ("Plaintiff"), and Defendant, Chase Bank USA, N.A., ("Defendant"), having filed a Notice of Settlement and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant have been settled and completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

**IT IS FURTHER ORDERED THAT** the case management conference scheduled for May 30, 2019 is CONTINUED to <u>July 17, 2019 at 3:00 p.m.</u>  If the action is dismissed prior to that date, the conference will automatically be vacated and no appearance will be required.

IT IS SO ORDERED.

Dated:  May 13, 2019

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge